**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Kiel James Patrick, LLC
Plaintiff,
v.

Case No.: 1:24−cv−00435−MSM−LDA

The Partnerships and Unincorporated Associations Identified on Schedule A
Defendant.

**ORDER TO SHOW CAUSE**

The above captioned case was filed on October 21, 2024, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

On or before February 24, 2025, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

It is so ordered.

February 6, 2025

By the Court:

/s/ Mary S. McElroy
United States District Judge